Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia 

Shameeka Dash
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Meridian Public Charter School, Duray Stevens, Rukayatu Bello, Mathew McRae, Angelita Alston, Adeja Agbola
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:25-cv-00067
Assigned To : Unassigned
Assign. Date : 1/10/2025
Description: Pro Se General (DECK-F)

Jury Trial: *(check one)*   [ ] Yes   [ ] No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shameeka Dash |
| Street Address | 50-61 New Hampshire Avenue |
| City and County | Washington, DC |
| State and Zip Code | Washington DC, 20011 |
| Telephone Number | (347) 784-8975 |
| E-mail Address | Shameeka.dash@yahoo.com |

**RECEIVED JAN 10 2025**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Meridian Public Charter School
  Job or Title (if known): Head of School
  Street Address: 2120 13th St NW, Washington, DC
  City and County: Washington, DC
  State and Zip Code: Washington DC, 20009
  Telephone Number: (202) 387-9830
  E-mail Address (if known):

Defendant No. 2
  Name: Duray Stevens
  Job or Title (if known): Principal
  Street Address: 2120 13th St NW, Washington, DC
  City and County: Washington, DC, 20009
  State and Zip Code: Washington DC, 20009
  Telephone Number: (202) 387-9830
  E-mail Address (if known): dstevens@meridian-dc.org

Defendant No. 3
  Name: Rukayatu Bello
  Job or Title (if known): Special Education Manager
  Street Address: 2120 13th St NW, Washington, DC
  City and County: Washington, DC, 20009
  State and Zip Code: Washington DC, 20009
  Telephone Number: (202) 387-9830
  E-mail Address (if known): rbello@meridian-dc.org

Defendant No. 4
  Name: Angelita Alston
  Job or Title (if known): Human Resources
  Street Address: 2120 13th St NW, Washington, DC
  City and County: Washington, DC, 20009
  State and Zip Code: Washington DC, 20009
  Telephone Number: (202) 384-9830
  E-mail Address (if known): hr@meridian-dc.org

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

N/A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Shameeka Dash, is a citizen of the State of *(name)* United States.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Meridian Public Charter School, is a citizen of the State of *(name)* Washington DC. Or is a citizen of *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Workplace Harassment, Whistleblowing, Defamation of character, Discrimination, Hostile Work Environment And Emotional Distress, Workplace Intimidation

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Financial Demand

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/10/2025

Signature of Plaintiff: S. Laneeka Dash
Printed Name of Plaintiff: Shaneeka Dash

**B.      For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address